
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN METAL INDUSTRY PENSION FUND, | NO. 3:20-mc-05007 BHS |
| Plaintiff, | JUDGMENT AND ORDER TO PAY |
| v. | |
| PORT MACHINE WORKS, INC., a Washington Corporation, UBI No. 600623704, | |
| Defendant, | |
| KEYBANK NATIONAL ASSOCATION, | |
| Garnishee Defendant. | |

## JUDGMENT SUMMARY

Judgment Creditor:            Western Metal Industry Pension Fund
Garnishee Defendant:          KeyBank National Association
Garnishment Judgment Amount:  $    20.79
Costs Judgment Amount:        $   137.00
Total Judgment Amount:        $   157.09
Attorney for Judgment Creditor: Noelle E. Dwarzski, WSBA No. 40041
                              Barlow Coughran Morales & Josephson, P.S.

IT APPEARING THAT Garnishee Defendant was indebted to Defendant Port Machine Works, Inc. in the nonexempt amount of $20.79 at the time the Writ of Garnishment was issued, Defendant held/holds an account with the Garnishee Defendant and that Plaintiff has incurred recoverable costs and attorney fees of $137.00; now, therefore, it is hereby

JUDGMENT AND ORDER TO PAY – 1
3:20-mc-05007 BHS



BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

7301 003 ve271605



ORDERED, ADJUDGED, AND DECREED that Plaintiff is awarded judgment against Defendant in the amount of $137.00 for recoverable costs; and it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiff is awarded judgment against Defendant Garnishee, KeyBank National Association, in the amount of $20.79; and it is further

ORDERED, ADJUDGED, AND DECREED that Garnishee Defendant shall pay its judgment amount to Plaintiff through the Registry of the Court, and the Clerk of the Court shall note receipt thereof and shall forthwith disburse such payment to Plaintiff's attorney; and it is further

ORDERED, ADJUDGED, AND DECREED that Garnishee Defendant is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED this 1st day of June, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

 /s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA No. 40041
Barlow Coughran Morales & Josephson, P.S.
Attorneys for Plaintiff

JUDGMENT AND ORDER TO PAY – 2
3:20-mc-05007 BHS

7301 003 ve271605

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900


